IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL STEPHENS | : | CIVIL ACTION |
| | : | NO. 16-3845 |
| v. | : | |
| | : | |
| MANLEY DEAS KOCHALSKI, LLC | : | |

## ORDER

AND NOW, this 16th day of November, 2016, upon consideration of defendant Manley Deas Kochalski, LLC's motion to dismiss plaintiff's complaint, Dkt. No. 7, plaintiff's response, Dkt. No. 9, and defendant's reply, Dkt. No. 10, it is ORDERED that defendant's motion is GRANTED and plaintiff's complaint is DISMISSED.

It is FURTHER ORDERED that the caption on this case shall be amended to reflect the proper spelling of defendant's name, which is "Manley Deas Kochalski, LLC" rather than "Manley Deas Khochalski, LLC."

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.