UNITED STATES DISTRICT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL STEPHENS | } | CIVIL ACTION |
| PLAINTIFF | } | Case No.: 2:16-cv-03845-TON |
| Vs. | } | |
| MANLEY DEAS KOCHALSKI, LLC | } | |
| DEFENDANT | } | |

## NOTICE OF APPEAL TO THIRD CIRCUIT

Notice is hereby given by Crystal Marie Stephens, Plaintiff/Appellant in the above matter to hereby appeal to the United States Court of Appeals of the Third Circuit the Order of the United States District Court for the Eastern District of Pennsylvania entered on November 16, 2016 which dismissed the complaint of Crystal Marie Stephens.

RESPECTFULLY SUBMITTED:

*Crystal Marie Stephens*
Crystal Marie Stephens, Pro Se Plaintiff
514 Poplar Street
Philadelphia, PA 19123
267-650-9754

Dated: December 15, 2016

UNITED STATES DISTRICT<br>EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRYSTAL STEPHENS | CIVIL ACTION |
| PLAINTIFF | Case No.: 2:16-cv-03845-TON |
| Vs. | |
| MANLEY DEAS KOCHALSKI, LLC | |
| DEFENDANT | |

<b><u>CERTIFICATE OF SERVICE</u></b>

I, Crystal Marie Stephens, hereby certify that the foregoing Notice of Appeal to the United States Court of Appeals of the Third Circuit has been furnished by U.S. Mail first class to Plaintiff, through their Attorney, MANLEY DEAS KOCHALSKI, LLC, P.O. Box 165028, Columbus, OH 43216.

*Crystal Marie Stephens*
Crystal Marie Stephens, Pro Se Plaintiff
514 Poplar Street
Philadelphia, PA 19123
267-650-9754

Dated: December 15, 2016