# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-4346

Crystal Stephens v. Manley Deas Kochalski LLC

(District Court No. 2-16-cv-03845)

## O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: April 6, 2017

kr/cc: Crystal Marie Stephens
      Michael E. Carleton, Esq.

**A True Copy:**
*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.